Malcolm *adsm.* Bayard.

Malcolm
adsm.
Bayard.

Practice as to
giving notice of
arguments.

THE *court* decided, that either party might give notice to the other, of bringing on the argument of a cause, *without waiting for a default on the other side ;*† and if the cases are not ready to be delivered to the judges, by the party whose right it is to make up the cases, when the cause is moved by the opposite party, he shall have judgment by default.

† This is so far an alteration of the former practice. See *Coleman's cases* 131. *Hoyt & Bennet v. Campbell.*